

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00267-CV

**IN RE** Geoffrey **PAWLACZYK**, Relator

Original Proceeding[1]

## ORDER

On April 9, 2024, relator filed a petition for a writ of mandamus with the trial court. The trial court forwarded the mandamus petition to this court, and we received the petition on April 11, 2024. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on October 16, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

Luz Estrada, Chief Deputy Clerk



---

[1] This proceeding arises out of Cause No. 20-439, in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten B. Cohoon, presiding.